UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMIRATA SURGICAL ASSOCIATES | Civil No. 07-4218 |
| vs. | Order of Reassignment and Reallocation |
| US BOX CORPORATION., et al. | |

It is on this 28TH day of September, 2007,

O R D E R E D that the entitled action is reassigned from

JUDGE KATHARINE S. HAYDEN to JUDGE JOEL A. PISANO

and reallocated from NEWARK to TRENTON.

S/Garrett E. Garrett, Jr.
GARRETT E. BROWN, JR. CHIEF JUDGE
UNITED STATES DISTRICT COURT